a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| OUNCRE D. JONES,<br>Plaintiff | CIVIL DOCKET NO. 1:18-CV-969-P |
| VERSUS | JUDGE DRELL |
| MICKY DOVE, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## REPORT AND RECOMMENDATION

Before the Court is a civil rights Complaint and Amended Complaint under 28 U.S.C. § 1983 (ECF Nos. 1, 11) filed by *pro se* Plaintiff Ouncre D. Jones ("Jones"). Jones is a pretrial detainee at the Natchitoches Parish Detention Center. Jones alleges that he was subjected to excessive force during his arrest.

Because Jones has failed to comply with a Judgment (ECF No. 14) and Order (ECF No. 15) of this Court, the stay should be LIFTED, and Jones's Complaint and Amended Complaint (ECF Nos. 1, 11) should be DISMISSED WITHOUT PREJUDICE.

I. Background

Jones alleges that he was arrested by the Natchitoches Police Department following a chase. ECF No. 1 at 3. Officer Dranquet allegedly placed Jones in a headlock and punched Jones in the head. When another officer arrived, Officer Dranquet claimed that Jones had punched him in the eye. *See id.*

Jones alleges that he was charged with hit and run, resisting an officer, aggravated flight, resisting a police officer with force or violence, simple criminal

damage to property, battery of a police officer, reckless operation of a vehicle, shoplifting, and numerous traffic violations. ECF No. 11. According to Jones, several of the charges are pending. *See id.*

In November 2018, the Court issued a Judgment that Jones's case be stayed pending the outcome of the criminal proceedings. ECF No. 14. Jones was ordered to file a status report six months from the date of the Court's Judgment, indicating the expected completion date of the criminal proceedings. *See id.* Jones was ordered to file additional status reports every six months thereafter until the stay is lifted. *See id.* Jones did not file any status reports.

Due to his failure to comply with the Judgment, the District Judge ordered Jones to file an update on the status of his criminal proceeding on or before September 15, 2019. ECF No. 15. Jones was warned that a failure to comply would result in the stay being lifted and the possible dismissal of his Complaint. *See id.* Nonetheless, Jones failed to comply with the Order.[1]

## II. Law and Analysis

A district court may dismiss an action for the plaintiff's failure to prosecute or to comply with any order. Fed. R. Civ. P. 41(b). A court possesses the inherent authority to dismiss the action *sua sponte*. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to

---

[1] The Order (ECF No. 15) was initially returned to the Clerk of Court as undeliverable (ECF No. 16), but it was resent to Jones on October 28, 2019, after Jones updated his mailing address with the Clerk. ECF No. 18.

prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629-30.

Jones has failed to comply with the Judgment (ECF No. 14) and Order (ECF No. 15) of the Court to provide the status of his criminal proceedings.

## III. Conclusion

Because Jones has failed to comply with the Court's Judgment and Order (ECF Nos. 14, 15), IT IS RECOMMENDED that the Stay be LIFTED, and the Complaint and Amended Complaint (ECF Nos. 1, 11) be DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), any party may serve and file with the Clerk of Court written objections to this Report and Recommendation within fourteen (14) days after being served with a copy thereof, unless an extension of time is granted under Fed. R. Civ. P. 6(b). A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs (such as supplemental objections or reply briefs) may be filed, unless a party shows good cause and obtains leave of court. The District Judge will consider timely objections before issuing a final ruling.

A party's failure to file written objections to the proposed factual findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days after being served with a copy thereof, or within any extension of time granted by the Court under Fed. R. Civ. P. 6(b), shall bar that party

from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

    THUS DONE AND SIGNED in Alexandria, Louisiana, on this __6th__ day of March 2020.

                                                                  JOSEPH H.L. PEREZ-MONTES
                                                               UNITED STATES MAGISTRATE JUDGE