UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| OUNCRE D. JONES, Plaintiff | CIVIL DOCKET NO. 1:18-CV-969-P |
| VERSUS | JUDGE DRELL |
| MICKY DOVE, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 19), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Stay is lifted, and the Complaint and Amended Complaint (ECF Nos. 1, 11) are hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 26th day of March, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE